STATE OF NEW JERSEY v. LARRY WOLFORD.

February 17, 1976. Petition for certification is granted, and the matter is remanded to the Appellate Division.

STATE OF NEW JERSEY v. JOHN REPP.

February 17, 1976. Petition for rehearing is granted and the matter is remanded to the trial court for a reconsideration of defendant's sentence. (See 129 *N. J. Super.* 588)

HANOVER INSURANCE COMPANY v. JON-TAL INSURANCE AGENCY.

February 4, 1976. Petition for certification is granted, and the judgment of the Appellate Division is modified.

ALBERTO CIRELLI v. OHIO CASUALTY INSURANCE COMPANY.

February 17, 1976. Certification to Superior Court, Law Division, is granted. (See 133 *N. J. Super.* 492)

STATE OF NEW JERSEY v. ARCHIE ALSTON.

February 4, 1976. Motion for leave to appeal is granted.

STATE OF NEW JERSEY v. ABRAHAM WIESS.

February 17, 1976. Motion for leave to appeal is granted.